JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YEONG LEE, | Case No. SA CV 24-1783 FMO (JDEx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JOYCE ALYN, LLC, | |
| Defendant. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 16th day of January, 2025.

/s/
Fernando M. Olguin
United States District Judge